*UNITED STATES BANKRUPTCY COURT*
*SOUTHERN DISTRICT OF NEW YORK*
-------------------------------------------------------X

*In Re:*                                                            *ORDER OF DISMISSAL*
                                                                      *FOR*
**Tronox Incorporated**                                    *FAILURE TO PROSECUTE*
                                                                  *BANKRUPTCY APPEAL*


-------------------------------------------------------X                21-CV-9411 JPC

FROM:   VITO GENNA, CLERK
              UNITED STATES BANKRUPTCY COURT
              SOUTHERN DISTRICT OF NEW YORK

TO:       RUBY J. KRAJICK, CLERK
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated                      BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 08/02/2021
APPELLANT: Maxine Hall
BANKRUPTCY DOCUMENT #: 9548


The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

       _X_  FRBP 8009
       ___  Federal Rules of Civil Procedure (Rule _____)
       _X_  28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
       ___  Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:  **June 23, 2022**                              Vito Genna, Clerk
            New York, New York                            U.S. Bankruptcy Court, SDNY

                                                                By: _____s/ Anatin Rouzeau_____
                                                                         Deputy Clerk


                                          *ORDER*

 For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _____June 23_____ 20_22_
           New York, New York                            Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____                Ruby J. Krajick , Clerk
                                                                     District Court, SDNY

                                                                By: _____
                                                                         Deputy Clerk